IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL NO. 5:10CV105-02-RLV
(5:06CR37)

| | |
|---|---|
| DWAYNE EDWARD COE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

UPON MOTION OF Petitioner (Doc. 14) for Reconsideration of the court's prior Order denying without prejudice Petitioner's Motion for Evidentiary Hearing,

IT IS HEREBY ORDERED that Petitioner's Motion for Reconsideration is DENIED for the reasons given in the Court's Order denying Petitioner's prior Motion for Evidentiary Hearing.

Signed: January 31, 2012

Richard L. Voorhees
United States District Judge