IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:10-CV-00105-RLV
(5:06-CR-00037-RLV-DCK-5)

| | |
|---|---|
| DWAYNE EDWARD COE, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Respondent. ) <br> ) | **ORDER** |

**THIS MATTER** is before the Court on consideration of Petitioner's motions for a certificate of appealability.

On May 29, 2013, the Court entered an Order denying and dismissing Petitioner's motion to vacate, filed pursuant to 28 U.S.C. § 2255, and the Court declined to issue a certificate of appealability. On June 17, 2013, Petitioner filed a notice of appeal from the Court's Order to the United States Court of Appeals for the Fourth Circuit. On December 23, 2013, the Fourth Circuit entered an order dismissing Petitioner's appeal. United States v. Coe, No. 13-6977 (4th Cir. 2013). Petitioner's motions for a certificate of appealability will therefore be dismissed as moot.

**IT IS, THEREFORE, ORDERED** that Petitioner's motions for a certificate of appealability are **DISMISSED** as moot. (Doc. Nos. 24 and 25).

Signed: January 8, 2014

Richard L. Voorhees
United States District Judge